UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
SIU MAN WU,                                  )
                                             )    No. C11-0860RSL
                    Plaintiff,               )
       v.                                    )    ORDER OF CLARIFICATION
                                             )
MARK GASTON PEARCE,[1] *et al.*,             )
                                             )
                    Defendants.              )
_____)

This matter comes before the Court on "Plaintiff's Request for a More Specific Sentence About Court's Ruling on Defendants' Motion to Dismiss." Dkt. # 37. Plaintiff seeks clarification regarding whether the dismissal of his civil rights and <u>Bivens</u> claims was with or without prejudice. The answer to the question is complicated by the fact that this litigation is on-going.

The Court dismissed the plaintiff's civil rights and <u>Bivens</u> claims because he failed to allege facts (as opposed to speculation or conclusions) that could support a finding of liability under those theories. If plaintiff now has evidence to support these claims, he may file a motion to amend the complaint to add the necessary factual allegations. To that extent, the dismissal is without prejudice. If, however, no additional facts can be alleged that would show that

---

[1] Mark Gaston Pearce has been substituted for his predecessor, Wilma B. Liebman, as Chairman of the National Labor Relations Board ("NLRB"), pursuant to Fed. R. Civ. P. 25(d).

ORDER OF CLARIFICATION

1 | defendant acted under color of state law or engaged in a conspiracy that was motivated by class-
2 | based discriminatory animus, the dismissal will eventually preclude further litigation of these
3 | claims.

Dated this 11th day of May, 2012.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge